UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nicholas T. Stroeder,                            Civ. No. 10-4115 (PAM/JJK)

            Plaintiff,

v.                                                         **ORDER**

Greg Smith, Scott Yozamp,
Sandra O'Hara, and John
C. Pentland,

            Defendants.

---

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Jeffrey J. Keyes dated January 3, 2013. In the R&R, Magistrate Judge Keyes recommends that the motion to dismiss or for summary judgment of Defendants Smith and Yozamp be granted, and the matter dismissed in its entirety.

According to statute, the Court must conduct a de novo review of any portion of the Magistrate Judge's opinion to which specific objections are made. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.2(b). Plaintiff has failed to file any objections to the R&R in the time period permitted, and as such the Court will adopt the R&R without further discussion.

Accordingly, **IT IS HEREBY ORDERED that**:

1.     The R&R (Docket No. 49) is **ADOPTED**;

2.     Defendants' Motion to Dismiss or for Summary Judgment (Docket No. 41) is **GRANTED**; and

      3.      This matter is **DISMISSED** in its entirety.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: <u>January 29, 2013</u>

                                            *s/ Paul A. Magnuson*
                                            Paul A. Magnuson
                                            United States District Court Judge